IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:12-cv-921 (BAH) |
| ) | |
| BUREAU OF ALCOHOL, TOBACCO, ) | |
| FIREARMS AND EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") hereby answers Plaintiff's Complaint in the following numbered paragraphs, which correspond to the Complaint's numbered paragraphs:

1. This paragraph contains Plaintiff's allegations concerning jurisdiction, which are conclusions of law to which no response is required.

2. This paragraph contains Plaintiff's allegation concerning venue, which is a conclusion of law to which no response is required.

3. This paragraph contains Plaintiff's characterizations of itself, its purpose, and its activities, to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations.

4. Defendant admits the allegation in the first sentence, with the clarification that ATF is not an agency but rather a component of the United States Department of Justice. The second sentence constitutes a legal conclusion to which no response is required.

5.  This paragraph contains a characterization of Plaintiff's Freedom of Information Act ("FOIA") request, to which no response is required.  Defendant admits that it received a FOIA request from Plaintiff dated July 22, 2011.

6.  Defendant admits.

7.  This paragraph contains legal conclusions, to which no response is required.

8.  Defendant denies.

9.  This paragraph contains a legal conclusion, to which no response is required.

10. This paragraph realleges paragraphs 1 through 9 of the Complaint. To the extent a response is required, defendant refers the Court to its responses to those paragraphs.

11. Defendant denies.

12. Defendant denies.

The remainder of the Complaint is a prayer for relief to which no response is required.  If a response is required, Defendant denies that Plaintiff is entitled to the relief requested or to any relief at all.

Except to the extent expressly admitted or qualified above, Defendant denies each and every allegation of the Complaint.

Dated: July 27, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

RONALD C. MACHEN
United States Attorney

JOHN TYLER
Assistant Branch Director

*Luke M. Jones*
LUKE M. JONES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 6126
Washington, DC 20530
Tel: (202) 514-3770
Fax: (202) 616-8460
Email:  luke.jones@usdoj.gov

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(d) and Local Civil Rules 5.3 and 5.4, I hereby certify that, on this 27th day of July, 2012, the forgoing Answer will be served on Plaintiff's counsel electronically by means of the Court's CM/ECF software.

Dated: July 27, 2012                             */s/ Luke M. Jones*
                                                                LUKE M. JONES